UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JOHN STEWART and RUZA STEWART                                            PLAINTIFFS

V.                                                    CIVIL ACTION NO. 1:06CV409 LTS-RHW

STATE FARM FIRE AND CASUALTY COMPANY
and FELICIA L. PALMER                                                    DEFENDANTS

## OPINION AND ORDER DENYING MOTION TO REMAND

The Court has before it the motion of Plaintiffs John and Ruza Stewart [8] to remand this action to the Circuit Court of Harrison County, Mississippi.

By separate orders entered this day, I have granted Defendant Felicia Craft Palmer's motion to dismiss under Rule 12(b)(6), and I have denied the plaintiffs' motion for leave to file an amended complaint adding a new party as a defendant.

In light of these rulings, it appears that this court has subject matter jurisdiction of this action under 28 U.S.C. §1332.

Accordingly, it is hereby

**ORDERED**

That the plaintiffs' motion to remand [8] is hereby **DENIED**;

That the plaintiffs' motion for an Extension of Time To File Rebuttal To Defendants' Response to Plaintiffs' Motion to Remand [12] is hereby **DENIED AS MOOT**; and

That the motion of Defendant State Farm to Stay Deadline To Respond to Plaintiffs' Motion for Leave to Amend Complaint [19] is hereby **DENIED AS MOOT**.

**SO ORDERED AND ADJUDGED** this 31st day of October, 2006.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge